FILED:  February 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-4043**

_____

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,

v.

GREGORY W. BURWELL,

      Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed February 29, 2024, as follows:

On page 3, line 3, the word "he" is corrected to "she."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk